United States District Court
Southern District of Texas
ENTERED

OCT 19 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
RECEIVED

OCT 1 8 2005

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Respondent, | § § § | |
| v. | § § | CIVIL ACTION NO. B-05-065 (CR. NO. B-02-434) |
| BERNARDO BALLI-SOLIS, Petitioner. | § § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the Government's Motion to Dismiss (Docket No. 8) is hereby GRANTED and that Petitioner's § 28 U.S.C. § 2255 motion (Docket No. 1) is DISMISSED as time-barred.

DONE at Brownsville, Texas this __18__ day of __October__ 2005.

Hilda G. Tagle
United States District Judge

1